**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRENDA PETTIT ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 15-3084**<br>**REF ALL CASES** |
| **FREDERICK R. HEEBE ET AL.** | **SECTION I** |

# ORDER

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action is dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.**

IT IS FURTHER ORDERED that all pending motions[1] in this matter are **DISMISSED AS MOOT.**

New Orleans, Louisiana, December 19, 2016.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. Nos. 141, 142, 144, 150, 162, 181, 182.